**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
..................................................................

**UNITED STATES OF AMERICA,**

VS.

**EMANUEL SCOTT**
..................................................................

**JUDGMENT INCLUDING
SENTENCE**

NO.: __CR-04-764-01__
USM# __71266-053__

Nov 7 2005

BROOKLYN OFFICE

__Winston Y. Chen, Esq.__
Assistant United States Attorney

__Burt Sulzer__
Court Reporter

__Patrick M. Megaro, Esq.__
Defendant's Attorney

The defendant __Emanuel Scott__ having been found guilty by a jury to a single count indictment accordingly, the defendant is ADJUDGED guilty of such Count(s), which involve the following offenses:

| TITLE AND SECTION | NATURE OF OFFENSE | COUNT NUMBERS |
|---|---|---|
| 18USC472 | UTTERING COUNTERFEIT OBLIGATIONS OR SECURITIES | ONE |

The defendant is sentenced as provided in pages 2 through 5 of the Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1988.

__X__ The defendant is advised of his/her right to appeal within ten (10) days.

___ The defendant has been found not guilty on count(s) and discharged as to such count(s)

___ **Open counts are dismissed on the motion of the United States.**

___ The mandatory special assessment is included in the portion of Judgment that imposes a fine.

__X__ **It is ordered that the defendant shall pay to the United States a special assessment of $100.00 which shall be due immediately.**

It is further **ORDERED** that the defendant shall notify the United States Attorney for this District within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid.

__OCTOBER 28, 2005__
Date of Imposition of sentence

s/John Gleeson
JOHN GLEESON, U.S.D.J.

Date of signature  16-2-05

A TRUE COPY ATTEST
DEPUTY CLERK

Vivian Klein

DEFENDANT:    **EMANUEL SCOTT**
CASE NUMBER:    **CR 04-764-01 (JG)**                                JUDGMENT-PAGE 2 OF 5

### IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:  **EIGHTEEN (18) MONTHS.**

_____  The defendant is remanded to the custody of the United States Marshal.

_____  T he defendant shall surrender to the United States Marshal for this District.

__**X**__  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

       __X__ __-12:00 noon._ **1/6/06** _____ .
       _ X     As notified by the United States Marshal.
       _       As notified by the Probation Office.

### RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____ with a certified copy of this Judgment.

         _____
         United States Marshal

         **By:** _____

DEFENDANT:    **EMANUEL SCOTT**
CASE NUMBER:  **CR 04-764-01 (JG)**                          JUDGMENT-PAGE 3 OF 5

## SUPERVISED RELEASE

Upon release from Imprisonment, the defendant shall be on supervised release for a term of: **THREE (3) YEARS.**

**The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.**

While on supervised release, the defendant shall not commit another Federal, State, or Local crime and shall comply with the standard conditions that have been adopted by this Court (Seaforth on the following page).

**The defendant is prohibited from possessing a firearm.**

The defendant shall not illegally possess a controlled substance.

If this Judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

—    The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

DEFENDANT:  **EMANUEL SCOTT**
CASE NUMBER:   **CR 04-764(-01)(JG)**                    JUDGMENT-PAGE 4 OF 5

## <u>STANDARD CONDITIONS OF SUPERVISION</u>

While the defendant is on probation or supervised release pursuant to this Judgment:

1)     The defendant shall not leave the judicial district without the permission of the court or probation officer;

2)     The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)     The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

8)     The defendant shall support his or her dependents and meet other family responsibilities;

5)     The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons:

6)     The defendant shall notify the probation officer within 10 days prior to any change in residence or employment;

7)     The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a Physician;

8)     The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)     The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10)   The defendant  shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)   The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

12)   The defendant shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the court;

13)   As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: EMANUEL SCOTT
CASE NUMBER: CR 04-764                                JUDGEMENT 5 OF 5

## CRIMINAL MONETARY PENALTIES

COUNT                          FINE                RESTITUTION
ONE                            $5,000.00

### TO BE PAID IMMEDIATELY

------------------------------------------------------------------------------------------

### RESTITUTION

_____The determination of restitution is deferred in a case brought  under Chapters 109A, 110, 110A, and 113A of the Title 18 for offenses committed on or after 9/13/1998, until _____. an amended judgment in  a Criminal case will be entered after such determination.

_____The defendant shall make restitution to the following payees in the amounts listed below.

        If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

**TOTALS:**_____
Findings for the total amount of losses are required under Chapters 109A, 110,110A, 113A of the Title 18 for offenses committed on or after September 13, 1998.